**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**DIVISION**
**CASE NO.:**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CATHERINE N. KIDD,

        Defendant.

_____/

**COMPLAINT**

The United States of America, acting herein by THOMAS E. SCOTT, United States

Attorney for the Southern District of Florida, alleges as follows:

1. This action is brought by the United States of America, with jurisdiction provided by

28 U.S.C. § 1345.

2 The defendant is a resident of the Southern District of Florida.

3. The defendant is indebted to the plaintiff in the principal amount of $9849.01, plus

interest on this principal amount computed at the rate of 7. percent per annum in the amount of

$9112.44, plus interest thereafter on this principal from October 5, 1999 until the date of

judgment, plus administrative fees, costs, and penalties in the amount of $.00. See Exhibit A

attached hereto and incorporated herein.

4. Demand has been made upon the defendant by plaintiff for the sum due, but the amount due remains unpaid.

WHEREFORE, plaintiff prays judgment against the defendant for the total of $18961.45, plus interest at 7. percent per annum on the principal amount of $9849.01, from October 5, 1999 to the date of judgment, plus costs. Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be at the legal rate until paid in full.

Notice is hereby given to the defendant that the plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action from any debt accruing.

Dated at Miami, Florida on this 8 day of October, 1999.

Respectfully submitted,

THOMAS E. SCOTT
United States Attorney

By: _____
Mary F. Dooley
Assistant U.S. Attorney
Florida Bar No. [#]A5500282
99 N.E. 4th Street,
Suite 300
Miami, FL 33132
Tel No. 305-961-9377
Fax No. 305-530-7195

# U.S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Catherine N. Kidd
898 NW 33rd AVE.
Ft. Lauderdale, FL 33311
SSN: 258561418

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below, plus additional interest from 04/30/99.

On or about 03/05/79, 05/14/79, 07/16/79, 04/22/80, 06/23/80, 09/25/80, 03/16/81, and 07/21/81 , the borrower executed promissory note(s) to secure the loan(s) of $600.00, $600.00, $800.00, $767.00, $767.00, $766.00, $2500.00, and $2500.00 from Southeast First National Bank of Miami, Miami, FL at 7.00 percent interest per annum. This loan obligation was guaranteed by the Florida Department of Education, Office of Student Financial Assistance and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $120.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 03/01/84, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $9849.01 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 02/20/98, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of those payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $9849.01 |
| Interest: | $8814.00 |
| Administrative Costs: | $0.00 |
| Late fees: | $0.00 |
| Total debt as of 04/30/99: | $18,663.01 |

Interest accrues on the principal shown here at the rate of $1.89 per day.

Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: ___5//2/9___   Name: _____
            Date             Loan Analyst, Litigation Branch


GOVERNMENT EXHIBIT A

FS#AC# 227-A

## FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
### ROOM 563 KNOTT BUILDING
### TALLAHASSEE, FLORIDA 32304
### PROMISSORY NOTE WITH DISCLOSURE

| LENDER |
|---|
| S E FIRST NATL BANK OF MIAMI |

| CITY | STATE |
|---|---|
| MIAMI | FL |

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| | 03/05/79 | $ 587.76 | $ .90 | $ 11.34 | $ 600.00 |

| ANNUAL PERCENTAGE RATE | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | B) DURING REPAYMENT PERIOD |
|---|---|---|
| | 1/2 % | 7% |

I, CATHERINE N KIDD     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     , hereinafter called the "maker," promise to p:
SOUTHEAST FIRST NATIONAL BANK OF MIAMI     , hereinafter called the "lender," locat
100 SOUTH BISCAYNE BOULEVARD     MIAMI     FL     , the sum of $ 600.00 to the exten:

advanced to me, plus simple interest at the rate of ___7___ percent per annum on the outstanding balance of such sum and authorized late charges, all re: able attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to cc from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.    The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of ] as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be constru the light of the Act, Applicable State Law and Federal and State Regulations:

II.    Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing ___12___ months afte date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institu and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period bu no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, durin
___12___ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, pro that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment o loan. have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the mencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement o repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be ma periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borr agrees to execute prior to commencement of the repayment period: or (2) a repayment schedule established by the lender prior to the commencement o repayment period which will be made a part of this note.

III.    The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay t Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments co: the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instruc issued by the Commission) shall be due and payable immediately.

IV.    Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accor with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow account but not redisbursed by the escrow agent to or on behalf of the maker.

V.    This note is subject also to the following conditions:

(1)    The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event of prepayment, the maker shall be entitled to rebate of unearned interest computed by ☒ the Sum of Digits Formula (rule of 78ths). ☐ Pro-rata ☐ Other (Ide:

(2)    Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in whic maker is carrying, at an eligible institution, a full time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved l Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973. (D) at the request of the maker, a single perio: in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment m made.

(3)    Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the : ment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of al loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual pa: on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4)    In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon sl the option of the lender or any other holder of this note become immediately due and payable.

(5)    In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regul issued by the Commissioner.

(6)    Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least time student.

(7)    A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days aft due date.

| SIGNATURE (MAKER) | ADDRESS | DATE |
|---|---|---|
| *Catherine N. Kidd* | 898 NW 33RD AVE FT LAUDERDALE  FL 33311 | 03/05/79 |
| SIGNATURE (CO-MAKER) | ADDRESS | DATE |
| | | |

NOTICE:  THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY.  THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSUR

All right, title and interest of the undersigned
is hereby assigned to the Student Loan Market-
ing Association (SLMA) without recourse ex-
cept as provided in Section 9 of the Loan Sale
Agreement between SLMA and Southeast
First National Bank of Miami dated __3/80__

SOUTHEAST FIRST NATIONAL BANK OF MIAMI
**FRANK R. ZICHOS, JR.**

By _____

(Name and Title of Endorser)

_____
(Signature)

"Pay to the order of the Florida Student Financial
Assistant Commission, without recourse on us,
or any of us."

Student Loan Marketing Association

_____
Name of Lender

By: _____

Larry Kleeberg, Operations Officer
Name & Title of Authorized Officer

Date: _____

FSFAC #2

| FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION<br>ROOM 563 KNOTT BUILDING<br>TALLAHASSEE, FLORIDA 32304<br>PROMISSORY NOTE WITH DISCLOSURE | LENDER<br>S E FIRST NATL BANK OF MIAMI |
|---|---|
| | CITY: MIAMI    STATE: FL |

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| | 05/14/79 | $ 588.27 | $ .90 | $ 10.83 | $ 600.0 |

| ANNUAL PERCENTAGE RATE → | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | B) DURING REPAYMENT PERIOD |
|---|---|---|
| | 1/2 % | 7% |

I, CATHERINE  N KIDD                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                                , hereinafter called the "maker," promise to
SOUTHEAST FIRST NATIONAL BANK OF MIAMI                                ,hereinafter called the "lender," loca
100 SOUTH BISCAYNE BOULEVARD    MIAMI        FL        , the sum of $    600.00 to the exte

advanced to me, plus simple interest at the rate of____7____percent per annum on the outstanding balance of such sum and authorized late charges, all r
able attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to c
from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.    The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of
as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be constr
the light of the Act, Applicable State Law and Federal and State Regulations.

II.    Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing____12____months aft
date on which the maker ceases to carry, at an eligible institution, at least one-half the normal full-time academic work load, as determined by such instit
and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period  I
no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, duri
____12____ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, pro
that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment
loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the
mencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement
repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be m
periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the bo
agrees to execute prior to commencement of the repayment period: or (2) a repayment schedule established by the lender prior to the commencement
repayment period which will be made a part of this note.

III.    The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay
Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments co
the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instru
issued by the Commission) shall be due and payable immediately.

IV.    Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in acco
with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow
account but not redisbursed by the escrow agent to or on behalf of the maker.

V.    This note is subject also to the following conditions:

    (1)    The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event o
prepayment, the maker shall be entitled to rebate of unearned interest computed by ☒ the Sum of Digits Formula (rule of 78ths). ☐Pro-rata ☐Other (Ide

    (2)    Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in whi
maker is carrying, at an eligible institution, a full time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved
Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three
during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973. (D) at the request of the maker, a single peri
in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker
as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment m
made.
    (3)    Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the
ment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of a
loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual pa
on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.
    (4)    In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon s
the option of the lender or any other holder of this note become immediately due and payable.
    (5)    In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be cancelled pursuant to regu
issued by the Commissioner.
    (6)    Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least
time student.
    (7)    A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days af
due date.

| SIGNATURE (MAKER)<br>*Catherine N. Kidd* | ADDRESS<br>898 NW 33RD AVE<br>FT LAUDERDALE    FL 33311 | DATE<br>05/14/79 |
|---|---|---|
| SIGNATURE (CO-MAKER) | ADDRESS | DATE |

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSUI

DADE COUNTY
001386

**STATE OF FLORIDA**
**DOCUMENTARY** **STAMP TAX**
DEPT. OF REVENUE
MAY 14'79
P.B. 11230
00.90

All right, title and interest of the undersigned is hereby assigned to the Student Loan Marketing Association (SLMA) without recourse except as provided in Section 9 of the Loan Sale Agreement between SLMA and Southeast First National Bank of Miami dated __3/85__

SOUTHEAST FIRST NATIONAL BANK OF MIAMI

By _____ FRANK R. ZICHOS, JR
(Name and Title of Endorser)

Signature

"Pay to the order of the Florida Student Financial Assistant Commission, without recourse on us, or any of us."

Student Loan Marketing Association

Name of Lender

By: _____
Larry Kleeberg, Operations Officer
Name and Title of Authorized Officer

Date:

*FSFAC - 20*

**FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION**
ROOM 563 KNOTT BUILDING
TALLAHASSEE, FLORIDA 32304
PROMISSORY NOTE WITH DISCLOSURE

LENDER: S E FIRST NATL BANK OF MIAMI
CITY: MIAMI    STATE: FL

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| | 07/16/79 | $ 785.03 | $ 1.20 | $ 13.77 | $ 800.0 |

ANNUAL PERCENTAGE RATE →

A) PRIOR TO BEGINNING OF REPAYMENT PERIOD: 1/2 %
B) DURING REPAYMENT PERIOD: 7%

I, CATHERINE N KIDD    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, hereinafter called the "maker," promise to
SOUTHEAST FIRST NATIONAL BANK OF MIAMI, hereinafter called the "lender," loc
100 SOUTH BISCAYNE BOULEVARD    MIAMI    FL, the sum of $ 800.00 to the ext

advanced to me, plus simple interest at the rate of 7 percent per annum on the outstanding balance of such sum and authorized late charges, all
able attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to
from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I. The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act o
as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be consi
the light of the Act, Applicable State Law and Federal and State Regulations:

II. Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing 12 months af
date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such inst
and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period
no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, du
12 month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, pi
that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment
loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to th
mencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement
repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be r
periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the bo
agrees to execute prior to commencement of the repayment period: or (2) a repayment schedule established by the lender prior to the commencement
repayment period which will be made a part of this note.

III. The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay
Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments c
the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instr
issued by the Commission) shall be due and payable immediately.

IV. Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker for redisbursement to the maker in accc
with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrov
account but not redisbursed by the escrow agent to or on behalf of the maker.

V. This note is subject also to the following conditions:

(1) The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event
prepayment, the maker shall be entitled to rebate of unearned interest computed by ☒the Sum of Digits Formula (rule of 78ths). ☐Pro-rata ☐Other (Id

(2) Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in wh
maker is carrying at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved
Commissioner. (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of thre
during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973. (D) at the request of the maker, a single peri
in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the make
as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment r
made.

(3) Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the
ment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of
loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual pa
on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4) In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon
the option of the lender or any other holder of this note become immediately due and payable.

(5) In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be cancelled pursuant to regu
issued by the Commissioner.

(6) Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at leas
time student.

(7) A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days a
due date.

| SIGNATURE (MAKER) | ADDRESS | DATE |
|---|---|---|
| *Catherine N. Kidd* | 898 NW 33RD AVE FT LAUDERDALE FL 33311 | 07/16/7 |
| SIGNATURE (CO-MAKER) | ADDRESS | DATE |
| | | |

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSU

All right, title and interest of the undersigned
is hereby assigned to the Student Loan Market-
ing Association (SLMA) without recourse ex-
cept as provided in Section 9 of the Loan Sale
Agreement between SLMA and Southeast
First National Bank of Miami dated __3/80__

SOUTHEAST FIRST NATIONAL BANK OF MIAMI
(FRANK R. ZICHOS, JR.
By _____
(Name and Title of Endorser)

_Frank Zichos, VP_
Signature

"Pay to the order of the Florida Student Financ
Assistant Commission, without recourse on
or any of us."

Student Loan Marketing Association

_____
Name of Lender

By: _____
Larry Kleeberg/Operations Officer
Name & Title of Authorized Officer
Date: _____



R 22

**FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION**
ROOM 563 KNOTT BUILDING
TALLAHASSEE, FLORIDA 32304
**PROMISSORY NOTE WITH DISCLOSURE**

LENDER
S E FIRST NATL BANK OF·MIAMI

| CITY | STATE |
|---|---|
| MIAMI | FL |

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| | 04/22/80 | $ 756.78 | $ 1.20 | $ 9.02 | $ 767.0 |

| ANNUAL PERCENTAGE RATE ——→ | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | B) DURING REPAYMENT PERIOD | |
|---|---|---|---|
| | 1/2 % | 7% | |

I, CATHERINE N KIDD        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        , hereinafter called the "maker," promise to
SOUTHEAST FIRST NATIONAL BANK CF MIAMI         , hereinafter called the "lender," loc
100 SOUTH BISCAYNE BOULEVARD    MIAMI        FL     , the sum of $ 767.00 to the exte

advanced to me, plus simple interest at the rate of ____7____ percent per annum on the outstanding balance of such sum and authorized late charges, all r
able attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to
from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.  The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of
as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be constr
the light of the Act, Applicable State Law and Federal and State Regulations:

II.  Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing ___12___ months af
date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such instit
and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period, b
no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, dur
___12___ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, pro
that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment
loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the
mencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement
repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be m
periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the bor
agrees to execute prior to commencement of the repayment period: or (2) a repayment schedule established by the lender prior to the commencement
repayment period which will be made a part of this note.

III.  The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay
Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments co
the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instru
issued by the Commission) shall be due and payable immediately.

IV.  Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accol
with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow
account but not redisbursed by the escrow agent to or on behalf of the maker.

V.  This note is subject also to the following conditions:

(1)  The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event o
prepayment, the maker shall be entitled to rebate of unearned interest computed by ☑ the Sum of Digits Formula (rule of 78ths). ☐ Pro-rata ☐ Other (Ide

(2)  Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in whi
maker is carrying, at an eligible institution, a full time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved
Commissioner. (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three
during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973. (D) at the request of the maker, a single perio
in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker
as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment m
made.
(3)  Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the i
ment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of al
loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual pay
on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.
(4)  In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon sl
the option of the lender or any other holder of this note become immediately due and payable.
(5)  In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regul
issued by the Commissioner.
(6)  Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least
time student.
(7)  A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days aft
due date.

| SIGNATURE (MAKER) | ADDRESS | DATE |
|---|---|---|
| X Catherine N. Kidd | 898 NW 33 AVE FT LAUDERDALE FL 33311 | 04/22/80 |

| SIGNATURE (CO-MAKER) | ADDRESS | DATE |
|---|---|---|
| | | |

NOTICE:  THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSUR

"Pay to the order of the Florida Student Financial Assistant Commission, without recourse on us, or any of us."

Student Loan Marketing Association

_____
Name of Lender

By: _____

Larry Kleeberg/Operations Officer
Name & Title of Authorized Officer

Date: _____

All right, title and interest of the undersigned is hereby assigned to the Student Loan Marketing Association (SLMA) without recourse except as provided in Section 9 of the Loan Sale Agreement between SLMA and Southeast First National Bank of Miami dated 12/14/81

SOUTHEAST FIRST NATIONAL BANK OF MIAMI

By  ALLEN M. STEWART    ILO
(Name and Title of Endorser)

_____
Signature

STATE OF FLORIDA
DOCUMENTARY STAMP TAX
DEPT. OF REVENUE
APR 25 '80
P.B. 11230
0210   0120
DADE COUNTY
020933

227

| FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION<br>ROOM 563 KNOTT BUILDING<br>TALLAHASSEE, FLORIDA 32304<br>PROMISSORY NOTE WITH DISCLOSURE | LENDER<br>S E FIRST NATL BANK OF MIAMI |
|---|---|
| | CITY MIAMI      STATE FL |

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| | 06/23/80 | $ 757.42 | $ 1.20 | $ 8.38 | $ 767.0( |

| ANNUAL PERCENTAGE RATE | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | B) DURING REPAYMENT PERIOD |
|---|---|---|
| | 1/2 % | 7% |

I, CATHERINE N KIDD                    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                              , hereinafter called the "maker," promise to p
SOUTHEAST FIRST NATICNAL BANK CF MIAMI                              , hereinafter called the "lender," local
100 SOUTH BISCAYNE BOULEVARD    MIAMI        FL            , the sum of $    767.00 to the exten

advanced to me, plus simple interest at the rate of____7____percent per annum on the outstanding balance of such sum and authorized late charges, all re
able attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to cc
from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

1.   The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of ]
as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be constru
the light of the Act, Applicable State Law and Federal and State Regulations.

II.  Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing __12__ months afte
date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institu
and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period bu
no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, durin
__12__ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, pro
that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment c
loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the
mencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement c
repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be ma
periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borr
agrees to execute prior to commencement of the repayment period: or (2) a repayment schedule established by the lender prior to the commencement o
repayment period which will be made a part of this note.

III. The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay t
Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments cov
the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instruc
issued by the Commission) shall be due and payable immediately.

IV.  Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accord
with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow
account but not redisbursed by the escrow agent to or on behalf of the maker.

V.   This note is subject also to the following conditions:

     (1)  The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event of
prepayment, the maker shall be entitled to rebate of unearned interest computed by ☑ the Sum of Digits Formula (rule of 78ths) ☐ Pro-rata ☐ Other (Iden

     (2)  Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in whic
maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved b
Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three
during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single period
in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker s
as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment mu
made.
     (3)  Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the re
ment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all
loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual pay
on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.
     (4)  In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon sh
the option of the lender or any other holder of this note become immediately due and payable.
     (5)  In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regula
issued by the Commissioner.
     (6)  Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a
time student.
     (7)  A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days afte
due date.

| SIGNATURE (MAKER)<br><br>X Catherine N. Kidd | ADDRESS<br>898 NW 33 AVE<br>FT LAUDERDALE    FL 33311 | DATE<br><br>06/23/80 |
|---|---|---|
| SIGNATURE (CO-MAKER) | ADDRESS | DATE |

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE LENDER SHALL SUPPLY A COPY OF THIS NOTE WITH DISCLOSURE

"Pay to the order of the Florida Student Financial
Assistant Commission, without recourse on us,
or any of us."

Student Loan Marketing Association

Name of Lender

By: _____

Larry Kleeberg/Operations Officer
Name & Title of authorized Officer

Date: _____

All right, title and interest of the undersigned
is hereby assigned to the Student Loan Market-
ing Association (SLMA) without recourse ex-
cept as provided in Section 9 of the Loan Sale
Agreement between SLMA and Southeast
First National Bank of Miami dated *12/14/81*

**SOUTHEAST FIRST NATIONAL BANK OF MIAMI**

By **ALLEN M. STEWART**, *ILO*
(Name and Title of Endorser)

_____
Signature

02 10    JUN.25.80    0 2 2 8 9 5
DOCUMENTARY    STATE OF FLORIDA    STAMP TAX
DEPT. OF REVENUE    DADE COUNTY    0 1 2 0

227

## FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
### ROOM 563 KNOTT BUILDING
### TALLAHASSEE, FLORIDA 32304
### PROMISSORY NOTE WITH DISCLOSURE

| LENDER |  |
|---|---|
| S E FIRST NATL BANK OF MIAMI | |
| CITY | STATE |
| MIAMI | FL |

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|---|
| | 09/25/80 | $ 757.40 | $ 1.20 | $ 7.40 | $ 766.0 |

| ANNUAL PERCENTAGE RATE ⟶ | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | B) DURING REPAYMENT PERIOD |
|---|---|---|
| | 1/2 % | 7% |

I, CATHERINE N KIDD          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          , hereinafter called the "maker," promise to
SOUTHEAST FIRST NATIONAL BANK OF MIAMI          hereinafter called the "lender," loc
100 SOUTH BISCAYNE BOULEVARD   MIAMI          FL          , the sum of $   766.00   to the ext

advanced to me, plus simple interest at the rate of ____7____ percent per annum on the outstanding balance of such sum and authorized late charges, all able attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.   The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be constr the light of the Act, Applicable State Law and Federal and State Regulations.

II.   Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing ____12____ months af date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such instit and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period I no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, duri ____12____ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, pr that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to th mencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be m periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note, and which the bor agrees to execute prior to commencement of the repayment period; or (2) a repayment schedule established by the lender prior to the commencement repayment period which will be made a part of this note.

III.   The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments co the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instru issued by the Commission) shall be due and payable immediately.

IV.   Maker authorizes the lender to disburse the proceeds of this note to an escrow agent on behalf of the maker, for redisbursement to the maker in accor with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow account but not redisbursed by the escrow agent to or on behalf of the maker.

V.   This note is subject also to the following conditions:

(1)   The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event of prepayment, the maker shall be entitled to rebate of unearned interest computed by ☑the Sum of Digits Formula (rule of 78ths). ☐Pro-rata ☐Other (Ide

(2)   Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in whi maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved b Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single period in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker s as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment mu made.

(3)   Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the re ment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual pay on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.

(4)   In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon sh the option of the lender or any other holder of this note become immediately due and payable.

(5)   In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regula issued by the Commissioner.

(6)   Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a time student.

(7)   A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days afte due date.

| SIGNATURE (MAKER) | ADDRESS | DATE |
|---|---|---|
| X Catherine N. Kidd | 898 NW 33 AVE | 09/25/80 |
| | FT LAUDERDALE   FL 33311 | |
| SIGNATURE (CO-MAKER) | ADDRESS | DATE |
| | | |

NOTICE: THIS NOTE SHALL BE EXECUTED WITHOUT SECURITY. THE LENDER SHALL SUPPLY

"Pay to the order of the Florida Student Financial Assistant Commission, without recourse on us, or any of us."

Student Loan Marketing Association

_____
Name of Lender

By: _____

Larry Kleeberg/Operations Officer
Name & Title of Authorized Officer

Date: _____

All right, title and interest of the undersigned is hereby assigned to the Student Loan Marketing Association (SLMA) without recourse except as provided in Section 9 of the Loan Sale Agreement between SLMA and Southeast First National Bank of Miami dated 12/14/81

SOUTHEAST FIRST NATIONAL BANK OF MIAMI
ALLEN M. STEWART            TLO
By _____
(Name and Title of Endorser)

_____
Signature

0210

R 227

## FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
### ROOM 563 KNOTT BUILDING
### TALLAHASSEE, FLORIDA 32304
### PROMISSORY NOTE WITH DISCLOSURE

| LENDER | | |
| --- | --- | --- |
| S E FIRST NATL BANK OF MIAMI | | |
| CITY | | STATE |
| MIAMI | | FL |

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) | DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
| --- | --- | --- | --- | --- | --- |
| | 03/16/81 | $ 2,453.20 | $ 3.75 | $ 43.05 | $ 2,500.0( |

| ANNUAL PERCENTAGE RATE ⟶ | A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | B) DURING REPAYMENT PERIOD |
| --- | --- | --- |
| | 1/2 % | 7% |

I, **CATHERINE N KIDD**                                    **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**                    , hereinafter called the "maker," promise to pa
**SOUTHEAST FIRST NATIONAL BANK OF MIAMI**                                        ,hereinafter called the "lender," locate
**100 SOUTH BISCAYNE BOULEVA    MIAMI**                                    **FL**, the sum of $ **2,500.00** to the extent

advanced to me, plus simple interest at the rate of___7___percent per annum on the outstanding balance of such sum and authorized late charges, all rea
able attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to co
from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

1.   The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of 1
as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be constru
the light of the Act, Applicable State Law and Federal and State Regulations:

II.   Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing__12____months afte
date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such institu
and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period  bu
no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, durin
__12____month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, pro
that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment o
loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to the
mencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement o
repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be ma
periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the borr
agrees to execute prior to commencement of the repayment period; or (2) a repayment schedule established by the lender prior to the commencement o
repayment period which will be made a part of this note.

III.   The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay t
Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments cov
the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instruc
issued by the Commission) shall be due and payable immediately.

IV.   Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accor
with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow
account but not redisbursed by the escrow agent to or on behalf of the maker.

V.   This note is subject also to the following conditions:

(1)   The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time. In the event of
prepayment, the maker shall be entitled to rebate of unearned interest computed by ☒ the Sum of Digits Formula (rule of 78ths). ☐Pro-rata ☐Other (Iden

(2)   Periodic installments of principal need not be paid, but interest shall accrue and be payable, (according to regulations) during any period (A) in whi
maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved l
Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three
during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973, (D) at the request of the maker, a single perio
in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker
as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment m
made.
(3)   Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the r
ment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of al
loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual pay
on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.
(4)   In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon sl
the option of the lender or any other holder of this note become immediately due and payable.
(5)   In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regul
issued by the Commissioner.
(6)   Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least
time student.
(7)   A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days aft
due date.

| SIGNATURE (MAKER) | ADDRESS | DATE |
| --- | --- | --- |
| *Catherine N. Kidd* | 898 NW 33RD AVE | |
| | FORT LAUDERDALE    FL 33311 | 03/16/81 |
| SIGNATURE (CO-MAKER) | ADDRESS | DATE |
| ✕ | ✕ | ✕ |

"Pay to the order of the Florida Student Financial Assistant Commission, without recourse on us, or any of us."

Student Loan Marketing Association

_____
Name of Lender

By: _____

Larry Kleeberg/Operations Officer
Name & Title of Authorized Officer

Date: _____

All right, title and interest of the undersigned is hereby assigned to the Student Loan Marketing Association (SLMA) without recourse except as provided in Section 9 of the Loan Sale Agreement between SLMA and Southeast First National Bank of Miami dated 12/14/81

SOUTHEAST FIRST NATIONAL BANK OF MIAMI

By   ALLEN M. STEWART    ILO
(Name and Title of Endorser)

_____
Signature

**MICROFILMED**    R 22?

## FLORIDA STUDENT FINANCIAL ASSISTANCE COMMISSION
### ROOM 563 KNOTT BUILDING
### TALLAHASSEE, FLORIDA 32304
### PROMISSORY NOTE WITH DISCLOSURE

| LENDER | | |
|---|---|---|
| S E FIRST NATL BANK OF MIAMI | | |
| CITY | | STATE |
| MIAMI | | FL |

| (THIS DATE NEED NOT BE INCLUDED IF IT IS THE SAME AS THE DATE OF THE TRANSACTION) DATE FINANCE CHARGES BEGIN TO ACCRUE | AMOUNT FINANCED | DOCUMENTARY STAMP TAX | PREPAID FINANCE CHARGES (INSURANCE PREMIUMS) | AMOUNT OF LOAN |
|---|---|---|---|---|
| 07/21/81 | $ 2,457.40 | $ 3.75 | $ 38.85 | $ 2,500. |

ANNUAL PERCENTAGE RATE

| A) PRIOR TO BEGINNING OF REPAYMENT PERIOD | B) DURING REPAYMENT PERIOD |
|---|---|
| 1/2 % | 7% |

I, CATHERINE   N KIDD                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             , hereinafter called the "maker," promise to
SOUTHEAST FIRST NATIONAL BANK OF MIAMI                    , hereinafter called the "lender," loc
100 SOUTH BISCAYNE BOULEVA   MIAMI                  FL   , the sum of $ 2,500.00  to the ext

advanced to me, plus simple interest at the rate of ____7____ percent per annum on the outstanding balance of such sum and authorized late charges, all able attorney's fees, and other costs and charges necessary for the collection of any amount not paid when due. The lender will not collect or attempt to from the borrower any portion of the interest which is payable by the U. S. Government or by an escrow agent.

The maker and lender further understand and agree that:

I.   The lender has applied for Florida Student Financial Assistance Commission Loan Insurance under Title IV, Part B of the Higher Education Act of as amended, hereinafter called the "Act," on all sums advanced pursuant to this note. Such terms of this note as are subject to interpretation shall be const the light of the Act, Applicable State Law and Federal and State Regulations:

II.   Subject to the following exception, repayment of outstanding principal, and interest, shall be made over a period commencing__12____ months af date on which the maker ceases to carry, at an "eligible institution," at least one-half the normal full-time academic work load, as determined by such insti and (except when paragraph V (2) applies) this period shall end not less than five nor more than ten years after the beginning of the repayment period  I no event shall the repayment period extend to a date more than 15 years from the date of execution of this note. EXCEPTION: The maker and lender, duri ___12_____ month period preceding the start of the repayment period, may agree to a repayment period that begins sooner or is of shorter duration, pr that, in the event that the maker has requested and obtained a repayment period of less than five years, he may at any time, prior to the total repayment loan, have the repayment period extended so that the total repayment period is not less than five years. Interest shall accrue during the period prior to th mencement of repayment period but at the option of the lender need not be paid during that period. Such accrued interest shall, at the commencement repayment period, be added to and become a part of the principal amount of the loan. Repayment of principal, together with interest thereon, shall be m periodic installments in accordance with either: (1) the terms of a separate instrument which shall be subject to the terms of this note and which the bo agrees to execute prior to commencement of the repayment period: or (2) a repayment schedule established by the lender prior to the commencement repayment period which will be made a part of this note.

III.   The maker agrees to pay the lender, in addition to interest and principal due, an amount equal to the premiums that the lender is required to pay Florida Student Financial Assistance Commission (hereinafter called "the Commission") in order to provide insurance coverage on this note. Payments co the period of time extending from the date of execution of this note to the commencement of the repayment period (estimated in accordance with instru issued by the Commission) shall be due and payable immediately.

IV.   Maker authorizes the lender to disburse the proceeds of this note to an escrow agent, on behalf of the maker, for redisbursement to the maker in accor with instructions issued by the Commission. Lender will not attempt to collect from the maker such sums of money as have been disbursed to an escrow account but not redisbursed by the escrow agent to or on behalf of the maker.

V.   This note is subject also to the following conditions:

   (1)   The maker may at his option and without penalty prepay all or any part of the principal plus the accrued interest at any time.  In the event of prepayment, the maker shall be entitled to rebate of unearned interest computed by ☒ the Sum of Digits Formula (rule of 78ths) ☐ Pro-rata ☐ Other (der

   (2)   Periodic installments of principal need not be paid, but interest shall accrue and be payable (according to regulations) during any period (A) in whic maker is carrying, at an eligible institution, a full-time academic load, or is pursuing a course of study pursuant to a graduate fellowship program approved b Commissioner, (B) not in excess of three years during which the maker is a member of the Armed Forces of the United States, (C) not in excess of three during which the maker is in service as a full-time volunteer under the Domestic Volunteer Service Act of 1973. (D) at the request of the maker, a single period in excess of twelve months, during which the maker is seeking and unable to find full-time employment or (E) not in excess of three years in which the maker  as a volunteer under the Peace Corps Act. Any period described in A, B, C, D, or E shall not be included in determining the period during which repayment mu made.
   (3)   Notwithstanding the minimum repayment period set forth in paragraph II, the total aggregate annual payment by a maker during any year of the r ment period on all loans insured under the Act to the maker shall not, unless otherwise agreed to by lender and maker, be less than $360 or the balance of all loans plus accrued interest, whichever is less, except that if a husband and wife both have outstanding insured loans the total combined aggregate annual pay on all such loans by husband and wife shall not be less than $360 or the combined balance of all such loans, plus accrued interest, whichever is less.
   (4)   In the event of a failure to make any payment when due hereunder, the entire unpaid indebtedness including interest due and accrued thereon sh the option of the lender or any other holder of this note become immediately due and payable.
   (5)   In the event of the maker's death or total and permanent disability, maker's unpaid indebtedness on this note shall be canceled pursuant to regula issued by the Commissioner.
   (6)   Makers shall promptly notify the lender or any other holder of this note in writing of any change or changes in his address or his status as at least a time student.
   (7)   A late charge of 5 percent of the installment payment or $5.00, whichever is less, may be charged on any payment made later than 10 days afte due date.

| SIGNATURE (MAKER) | ADDRESS | DATE |
|---|---|---|
| Catherine N. Kidd | 898 NW 33RD AVE FORT LAUDERDALE   FL 33311 | 07/21/81 |
| SIGNATURE (CO-MAKER) | ADDRESS | DATE |

MICROFILMED

"Pay to the order of the Florida Student Financial Assistant Commission, without recourse on us, or any of us."

Student Loan Marketing Association

Name of Lender

Py:

Larry Kleeberg/Operations Officer
Name & Title of Authorized Officer

Date:

All right, title and interest of the undersigned is hereby assigned to the Student Loan Marketing Association (SLMA) without recourse except as provided in Section 9 of the Loan Sale Agreement between SLMA and Southeast First National Bank of Miami dated 12/14/81

SOUTHEAST FIRST NATIONAL BANK OF MIAMI
By ALLEN M. STEWART ILO
(Name and Title of Endorser)

Signature

STATE OF FLORIDA DOCUMENTARY STAMP TAX
DEPT. OF REVENUE JUL24'81 PB. = 03.75
11250.
04.1183.
DADE COUNTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES of AMERICA

## DEFENDANTS

CATHERINE N. KIDD

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

B- Brown  00cv-6028/graham Turner

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   BROWARD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
THOMAS E. SCOTT, U.S. ATTORNEY (305)961-9377
99 NE 4TH ST., SUITE 300, MIAMI, FL  33132-2111

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury – Med Malpractice | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury – Product Liability | ☐ 640 R.R. & Truck | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 810 Selective Service |
| | ☐ 330 Federal Employers Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine | ☐ 690 Other | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 370 Other Fraud | **A LABOR** | **B SOCIAL SECURITY** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | | ☐ 893 Environmental Matters |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA 1395ff. | ☐ 894 Energy Allocation Act |
| **A REAL PROPERTY** | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 895 Freedom of Information Act |
| | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | A OR B |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

RECOVERY OF FUNDS EXPENDED BY PLAINTIFF AS GUARANTOR OF A DEFAULTED FEDERALLY INSURED STUDENT LOAN 34CFR 682.100(4) (d)

LENGTH OF TRIAL
via 1 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 18,961.45
+ interest & costs

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  10/8/99

SIGNATURE OF ATTORNEY OF RECORD

MARY F. DOOLEY, AUSA

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____