UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CATHERINE N. KIDD,

       Defendant.
_____/

MAGISTRATE JUDGE

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes __✓__No

       Respectfully submitted,

       THOMAS E. SCOTT
       UNITED STATES ATTORNEY

       BY: MARY F. DOOLEY
       ASSISTANT U.S. ATTORNEY
       99 N.E. 4TH STREET, Suite 300
       Miami, FL 33132
       Tel No. (305) 961-9377
       Fax No. (305) 530-7195
       Bar No. A5500282

DATED  10/8/99